# Order

Michigan Supreme Court
Lansing, Michigan

June 10, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150206(73)

JENNY N. GLAUBIUS,
          Plaintiff-Appellee,

v

                                         SC:  150206
                                         COA:  318750
                                       Macomb CC Family Division:
                                            2012-004307-DM

JOHN A. GLAUBIUS,
          Defendant-Appellant.
_____/

      On order of the Chief Justice, the joint motion of the parties to remand to the trial court to allow them to move for entry of orders in furtherance of a settled disposition is GRANTED.  The appeal remains open pending the entry of such orders and the filing of a stipulation to dismiss with this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

          June 10, 2015             

                                            Clerk